

July 19, 2024

**<u>Via Electronic Filing</u>**

Danielle Brye, Courtroom Deputy
Honorable Steven D. Grimberg
United States District Court
Northern District of Georgia, Atlanta Division

  Re: Leave of Absence for Joseph J. Angersola
     Georgia State Bar No. 890572

Dear Ms. Brye:

In accordance with LR83.1(E)(4), I hereby request that the case listed below not be calendared for the following time periods.

<u>Hannah Ledbetter, et al v. Cloud 9 Online Smoke & Vape, LLC, etal</u>
United States District Court – Northern District of Georgia
1:24-cv-00538-SDG

I am Lead Counsel for the Defendant Encore Labs, LLC in the case and request the court for a leave of absence on the following dates:

(a) July 12, 2024 – July 18, 2024;

(b) August 12, 2024;

(c) August 30, 2024;

(d) December 2, 2024;

(e) January 2, 2025 – January 3, 2025;

(f) January 6, 2025 – January 8, 2025; and

(g) April 7, 2025 – April 11, 2025.

Thank you for your consideration in this matter.

                Sincerely,

                SWIFT, CURRIE, McGHEE & HIERS, LLP

                */s/ Joseph Angersola*

                Joseph J. Angersola

*cc:  All Counsel of Record*

*4887-4746-1328, v. 1*