IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HANNAH LEDBETTER, Individually and
On Behalf of All Others Similarly Situated,
                   PLAINTIFF(S)

v.                                         NO. 1:24-cv-00538

CLOUD 9 ONLINE SMOKE & VAPE, LLC, GREEN RUSH, LLC., DBA XHALE CITY, THESY, LLC., DBA ELEMENT VAPE, XHALE CITY FRANCHISE COMPANY LLC, STIIIZY IP, LLC, L&K DISTRIBUTION, COOKIES CREATIVE CONSULTING & PROMOTIONS, INC., SAVAGE ENTERPRISES, SAVAGE ELIQUID CORPORATION, DELTA EXTRAX, MATT WINTERS, MATTHEW MONTESANO, JON DOUGHERTY, COLUMBIA LABORATORIES, ENCORE LABS, LLC, PHARMLABS SD, PUR ISO LABS LLC AND JOHN DOES 1-1000.,
    DEFENDANTS.

---

### NOTICE OF VOLUNTARILY DISMISSAL OF DEFENDANT PHARMLABS LLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

COMES NOW Plaintiff, Hannah Ledbetter ("Plaintiff"), by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of the voluntary dismissal of PHARMLABS LLC without prejudice. This notice shall have no impact on claims against any other

party to this action.

Respectfully submitted this 28th day of February, 2025,

>STUART & JOHNSTON, LLC
>358 Roswell Street, NE
>Suite 1140
>Marietta, Georgia 30060
>(404) 662-2616
>
>By: /s/ Matthew A. Hood
>Matthew A. Hood
>Georgia Bar No. 970801
>mhood@stuartandjohnston.com
>
>SUTTER & GILLHAM, P.L.L.C.
>Luther Oneal Sutter, Esq.,
>ARBN 95-031
>Pro hac vice
>P.O. Box 2012
>Benton, AR 72018
>501/315-1910 Office
>501/315-1916 Facsimile
>***Attorneys for the Plaintiff***

## **CERTIFICATE OF SERVICE AND TYPE-SIZE COMPLIANCE**

Pursuant to Local Rule 5.1(c), N.D.Ga., I hereby certify that the foregoing is prepared in Times New Roman 14-point font and was filed using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

**STUART & JOHNSTON, LLC**
358 Roswell Street, NE
Suite 1140
Marietta, Georgia 30060
(404) 662-2614


By:     */s/ Matthew A. Hood*
Matthew A. Hood, Georgia Bar No. 970801
mhood@stuartandjohnston.com
***Attorneys for Plaintiff***