**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| HANNAH LEDBETTER, | | |
| Plaintiff, | | CIVIL ACTION FILE |
| vs. | | NO. 1:24-cv-00538-SDG |
| CLOUD 9 ONLINE SMOKE & VAPE, LLC, et al., | | |
| Defendants. | | |

## AMENDED JUDGMENT

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of the defendants' motion to dismiss [ECFs 219, 229, 230, 231, 232, 233, 234, 235, 236], and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED with prejudice** as to the federal RICO claims. The state law claims are **DISMISSED without prejudice.**

Dated at Atlanta, Georgia, this 8th day of April, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/M. Gonzalez
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 8, 2026
Kevin P. Weimer
Clerk of Court

By: s/M. Gonzalez
Deputy Clerk